JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SCHRAGEL,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No.: CV 19-00477-CJC (FFMx)<br><br><br>JUDGMENT |

Plaintiff Christy Schragel brings this action against Defendant American Airlines. The case came before the Court on Defendant's motion for summary judgment. Having considered the evidence and arguments presented, the Court hereby **ORDERS** that:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff shall take nothing on her complaint against Defendant.

-1-

3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: October 27, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE